ACCEPTED
03-14-00117-CV
3873795
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/23/2015 10:13:43
JEFFREY D. KYLE
CLERK

## NO. 03-14-00117-CV

| | | |
|---|---|---|
| NASH JESUS GONZALES and | § | IN THE COURT OF APPEALS |
| GONZALES & GONZALES, P.C., | § | |
| Appellants | § | |
| V. | § | THIRD JUDICIAL DISTRICT |
| | § | |
| MARISSA ANN GONZALES | § | |
| Appellee | § | AUSTIN, TEXAS |

3rd COURT OF APPEALS
AUSTIN, TEXAS
1/23/2015 10:13:43 AM
JEFFREY D. KYLE
Clerk

### MOTION FOR SUBSTITUTION OF COUNSEL

Marissa A. Maggio (f/k/a Marissa Ann Gonzales), Appellee, requests the Court's permission to substitute counsel for this appeal, and would show as follows:

### INTRODUCTION

1.    Appellant is Nash Jesus Gonzales and Gonzales & Gonzales, PC. Appellee is Marissa A. Maggio (f/k/a Marissa Ann Gonzales).

2.    Michael Burnett is currently lead counsel for Appellee.

3.    Appellee and Michael Burnett request that C. Wilson Shirley III, Jessica M. Hall and the firm of SAVRICK, SCHUMANN, JOHNSON, MCGARR, KAMINSKI & SHIRLEY, LLP, be substituted in as counsel for this appeal.

4.    Appellants' counsel agrees with this Motion to Substitute.

5.    Appellee consents to this Motion as reflected by her signature below.

## ARGUMENTS AND AUTHORITY

6. The Court may substitute C. Wilson Shirley III, Jessica M. Hall and the firm of SAVRICK, SCHUMANN, JOHNSON, MCGARR, KAMINSKI & SHIRLEY, LLC for Michael Burnett as lead counsel in this appeal. TEX. R. APP. P. 6.5.

7. Substitution of counsel is necessary because Michael Burnett recently announced he is changing law firms. The new law firm where Michael Burnett will be working has a conflict of interest in this case in that the new law firm previously represented Appellant Nash Jesus Gonzales. Such a conflict prohibits Michael Burnett from continuing his representation of Appellee.

8. The necessary information for Appellee's new counsel is as follows:

C. Wilson Shirley III
State Bar No. 00795647
Jessica M. Hall
State Bar No. 24046348
SAVRICK, SCHUMANN, JOHNSON, MCGARR,
KAMINSKI & SHIRLEY, LLP
The Overlook at Gaines Ranch
4330 Gaines Ranch Loop, Suite 150
Austin, Texas 78735
512-347-1604
512-347-1676 Facsimile
Email:     Wilson@ssjmlaw.com
Email:     JHall@ssjmlaw.com

## PRAYER

Appellee Marissa A. Maggio and Michael Burnett pray that this Court grant this Motion, and that C. Wilson Shirley III, Jessica M. Hall and the firm of

SAVRICK, SCHUMANN, JOHNSON, McGARR, KAMINSKI & SHIRLEY, LLC be substituted in as counsel for Appellee in this case on appeal.

Respectfully submitted,

ARMBRUST & BROWN, PLLC

Michael Burnett
State Bar No. 00790399
100 Congress, Suite 1300
Austin, Texas 78701
512-435-2315
512-435-2360 – Fax
Email: mburnett@abaustin.com


SAVRICK, SCHUMANN, JOHNSON, McGARR, KAMINSKI & SHIRLEY, LLP

C. Wilson Shirley III
State Bar No. 00795647
Jessica M. Hall
State Bar No. 24046348
The Overlook at Gaines Ranch
4330 Gaines Ranch Loop, Suite 150
Austin, Texas 78735
512-347-1604
512-347-1676 Facsimile
Email:      Wilson@ssjmlaw.com
Email:      JHall@ssjmlaw.com

**AGREED**

_Marissa A. Maggio_
Marissa A. Maggio
    f/k/a Marissa Ann Gonzales

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Thomas Cowart, counsel for Appellants, by email correspondence and he has agreed and is unopposed to this Motion for Substitution.

_C. Wilson Shirley III_
C. Wilson Shirley III

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion for Substitution of Counsel has been served on the following via the Efile system on this _ day of January, 2015: 23rd

    Thomas B. Cowart
    Wasoff & Cowart, PLLC
    100 North Central Expressway, Suite 901
    Richardson, Texas 75080
    Email: tom@tcowart.com

_C. Wilson Shirley III_
C. Wilson Shirley III